WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 05506
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff/Counter/Cross-Defendant, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust and MetLife Home Loans, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENT POOL 1, LLC; RIO VISTA HOMEOWNERS ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; DOE INDIVIDUALS I-X; ROE CORPORATIONS XI-XX,<br><br>Defendants. | Case No.: 2:16-cv-02604-JCM-PAL<br><br>**STIPULATION AND ORDER TO SUBSTITUTE METLIFE HOME LOANS, LLC IN PLACE OF U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST AND TO AMEND THE CAPTION** |
| SFR INVESTMENT POOL 1, LLC,<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; JOSHUA HOWARD, an individual,<br><br>Counter/Cross-Defendants. | |

COMES NOW Plaintiff, Plaintiff/Counter/Cross-Defendant, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") and MetLife Home Loans, LLC, Defendant SFR Investments Pool 1, LLC ("SFR"), Defendant Rio Vista Homeowners

Association ("HOA"), and Defendant Absolute Collection Services, LLC ("ACS"), by and through their counsels of record, hereby stipulate and agree as follows:

WHEREAS, the above-captioned matter concerns quiet title and declaratory relief claims regarding real property located at 9949 Morpeth Street, Las Vegas, Nevada 89178 (the "Property"), sold at a homeowner's association foreclosure sale, which allegedly eliminated the Deed of Trust recorded with the Clark County Recorder's Office on March 24, 2010, as Book and Instrument Number 20100324-0002461, identifying MetLife Home Loans, a Division of MetLife Bank, N.A. as Lender and Mortgage Electronic Registration Systems, Inc. ("MERS") as the Beneficiary acting solely as a nominee for Lender and Lender's successors and assigns (the "Deed of Trust").

WHEREAS an Assignment of Deed of Trust, from MERS to MetLife Home Loans, a division of MetLife Bank, N.A. was recorded with the Clark County Recorder's Office on January 24, 2011, as Book and Instrument Number 20110124-0000151.

WHEREAS a Corporate Assignment of Deed of Trust, from MetLife Home Loans, a division of MetLife Bank, N.A. to JPMorgan Chase Bank N.A. ("JPM") was recorded with the Clark County Recorder's Office on October 17, 2013, as Book and Instrument Number 20131017-0001337.

WHEREAS a Nevada Assignment of Deed of Trust, from JPM to Secretary of Housing and Urban Development was recorded with the Clark County Recorder's Office on August 25, 2015, as Book and Instrument Number 20150825-0002663.

WHEREAS an Assignment of Deed of Trust, from Secretary of Housing and Urban Development to U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S.

Bank") was recorded with the Clark County Recorder's Office on August 25, 2015, as Book and Instrument Number 20150825-0002864.

WHEREAS an Assignment of Deed of Trust, from U.S. Bank to MetLife Home Loans LLC was recorded with the Clark County Recorder's Office on July 20, 2017, as Book and Instrument Number 20170720-0002635.

WHEREAS U.S. Bank disclaims any interest in the rights and title to the Deed of Trust and Property.

WHEREAS nothing herein shall be deemed or construed to affect, impair or waive any right, claim or defense of any party to this action, including MetLife Home Loans LLC, or any other successor-in-interest.

NOW WHEREFORE, based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED that MetLife Home Loans LLC shall be substituted in place and stead of U.S. Bank in the pending litigation and MetLife Home Loans LLC adopts all pleadings, motion practice and disclosure of documents and witnesses, including any expert witness, previously recorded, served and/or filed by U.S. Bank.

//

//

//

//

//

//

//

//

IT IS FURTHER STIPULATED AND AGREED that the caption shall be amended to substitute MetLife Home Loans LLC in place of U.S. Bank as the named Plaintiff and Counter/Cross-Defendant.

IT IS SO STIPULATED:

Dated: July 31, 2017.

| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
|---|---|
| */s/ Robert A. Riether, Esq.* _____ | */s/ Diana Cline Ebron, Esq.* _____ |
| Edgar C. Smith, Esq. | Diana Cline Ebron, Esq. |
| Nevada Bar No. 05506 | Nevada Bar No. 10580 |
| Robert A. Riether, Esq. | 7625 Dean Martin Drive, Suite 110 |
| Nevada Bar No. 12076 | Las Vegas, NV 89139 |
| 7785 W. Sahara Ave., Suite 200 | *Attorneys for Defendant/Counter/Cross-Claimant, SFR Investments Pool 1, LLC* |
| Las Vegas, NV 89117 | |
| *Attorneys for Plaintiff/Counter/Cross-Defendants, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust and MetLife Home Loans, LLC* | |

| BOYACK ORME & ANTHONY | ABSOLUTE COLLECTION SERVICES LLC |
|---|---|
| \_\*\*See Attached\*\*_____ | */s/ Shane Cox, Esq.* _____ |
| Edward D Boyack, Esq. | Shane Cox, Esq. |
| Nevada Bar No. 5229 | Nevada Bar No. 13852 |
| Kelley K Blanitk, Esq. (of counsel) | 8440 W. Lake Mead Blvd. # 210, |
| Nevada Bar No. 12768 | Las Vegas, NV 89128 |
| 7432 W Sahara Ave | *Attorney for Defendant, Absolute Collection Services, LLC* |
| Las Vegas, NV 89117 | |
| *Attorneys for Defendant, Rio Vista Homeowners Association* | |

Case No.: 2:16-cv-02604-JCM-PAL

**IT IS SO ORDERED**

Dated this \_\_\_\_ day of _____ 2017.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS FURTHER STIPULATED AND AGREED that the caption shall be amended to substitute MetLife Home Loans LLC in place of U.S. Bank as the named Plaintiff and Counter/Cross-Defendant.

IT IS SO STIPULATED:

Dated: July _____, 2017.

| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
|---|---|
| Edgar C. Smith, Esq.<br>Nevada Bar No. 05506<br>Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff/Counter/Cross-Defendants, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust and MetLife Home Loans, LLC* | Diana Cline Ebron, Esq.<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for Defendant/Counter/Cross-Claimant, SFR Investments Pool 1, LLC* |
| BOYACK ORME & ANTHONY | ABSOLUTE COLLECTION SERVICES LLC |
| *Kelley X Blatnik, Esq (of counsel)*<br>Edward D Boyack, Esq.<br>Nevada Bar No. 5229<br>Kelley K Blanitk, Esq. (of counsel)<br>Nevada Bar No. 12768<br>7432 W Sahara Ave<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Rio Vista Homeowners Association* | Shane Cox, Esq.<br>Nevada Bar No. 13852<br>8440 W. Lake Mead Blvd. # 210,<br>Las Vegas, NV 89128<br>*Attorney for Defendant, Absolute Collection Services, LLC* |

Case No.: 2:16-cv-02604-JCM-PAL

**IT IS SO ORDERED**

Dated this 7th day of August 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Page 4 of 5

| | |
|---|---|
| 1 | |
| 2 | Respectfully submitted by:<br>WRIGHT, FINLAY & ZAK, LLP |
| 3 | |
| 4 | */s/ Robert A. Riether, Esq.*<br>Edgar C. Smith, Esq. |
| 5 | Nevada Bar No. 05506 |
| 6 | Robert A. Riether, Esq.<br>Nevada Bar No. 12076 |
| 7 | 7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117 |
| 8 | *Attorneys for Plaintiff/Counter/Cross-* |
| 9 | *Defendants, U.S. Bank Trust, N.A., as*<br>*Trustee for LSF9 Master Participation* |
| 10 | *Trust and MetLife Home Loans, LLC* |